

**CALIBER HOME LOANS**

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas, TX 75261-9063

September 15, 2014

9-759-59197-0004244-001-1-000-000-000-000

RASHEED TOPEY
6302 TRIMPE LN
JACKSONVILLE FL  32222-2549

*Loan #*

*Avash call back Oct. 8.*

# NOTICE OF SALE OF OWNERSHIP OF MORTGAGE LOAN

Under federal law, borrowers are required to be notified in writing whenever ownership of a mortgage loan secured by their principal dwelling is sold, transferred or assigned (collectively, "sold") to a new owner. This Notice is to inform you that the prior owner has sold your loan (described below) to LSF9 Master Participation Trust, the new owner on August 15, 2014. The assignment, sale or transfer of the mortgage loan does not affect any term or condition of the mortgage instruments or the servicing of your mortgage loan.

**NOTE:** While LSF9 Master Participation Trust now owns your loan, it is not the servicer of your loan. The servicer (identified below) acts on the new owner's behalf to handle the ongoing administration of your loan, including the collection of mortgage payments. Please continue to send your mortgage payments as directed by the servicer, and NOT to the new owner. Payments sent to the new owner and not to the servicer may result in late charges and your account becoming past due. Neither the new owner nor the servicer is responsible for late charges or other consequences of any misdirected payment. If the servicing of your mortgage loan is transferred, you will receive a separate notice as required by law.

Should you have any questions regarding your loan, please contact the servicer using the contact information below. The servicer is authorized to handle routine inquiries and requests regarding your loan and, if necessary, to inform us of your request and communicate to you any decision with respect to such request.

**LOAN INFORMATION**
Date of Loan: April 01, 2008
Account Number: 9803673087
Original Amount of Loan: $258,838.00
Date Your Loan was Sold to the New Owner:  August 15, 2014
Address of Mortgaged Property:  6302    TRIMPE LN, JACKSONVILLE FL 32222

*401-6587*

**SERVICER INFORMATION**
Name:  Caliber Home Loans, Inc.
Payment Mailing Address:  P.O. Box 650856, Dallas, TX 75265
Correspondence Address: 13801 Wireless Way, Oklahoma City, OK 73134
Telephone Number (Toll free): 1-800-401-6587
Business Hours: 8:00 a.m. - 7:00 p.m., Central Time, Monday through Friday
Website:  www.caliberhomeloans.com

**NEW OWNER INFORMATION**
Name:  LSF9 Master Participation Trust
Mailing Address **(not for payments)**:  c/o Caliber Home Loans, Inc., as Servicer, 13801 Wireless Way, Oklahoma City, OK 73134
Telephone Number (Toll free): 1-888-248-5075

The transfer of the lien associated with your loan is currently recorded, or in the future may be recorded, in the public records of the local County Recorder's office for the county where your property is located. If checked ☒, ownership of your loan may also be recorded on the registry of the Mortgage Electronic Registrations System at 1818 Library Street, Suite 300, Reston, VA 20190.



**CALIBER HOME LOANS**

RETURN SERVICE ONLY
Please do not send mail to this address
P.O. Box 619063
Dallas, TX 75261-9063

August 27, 2014

2-759-58962-0000507-001-1-000-000-000-000

RASHEED TOPEY
6302 TRIMPE LN
JACKSONVILLE FL  32222-2549

# NOTICE OF SALE OF OWNERSHIP OF MORTGAGE LOAN

Under federal law, borrowers are required to be notified in writing whenever ownership of a mortgage loan secured by their principal dwelling is sold, transferred or assigned (collectively, "sold") to a new owner. This Notice is to inform you that the prior owner has sold your loan (described below) to LSF9 Mortgage Holdings, LLC, the new owner on August 15, 2014.  The assignment, sale or transfer of the mortgage loan does not affect any term or condition of the mortgage instruments or the servicing of your mortgage loan.

**NOTE:** While LSF9 Mortgage Holdings, LLC now owns your loan, it is not the servicer of your loan.  The servicer (identified below) acts on the new owner's behalf to handle the ongoing administration of your loan, including the collection of mortgage payments. Please continue to send your mortgage payments as directed by the servicer, and NOT to the new owner.  Payments sent to the new owner and not to the servicer may result in late charges and your account becoming past due. Neither the new owner nor the servicer is responsible for late charges or other consequences of any misdirected payment. If the servicing of your mortgage loan is transferred, you will receive a separate notice as required by law.

Should you have any questions regarding your loan, please contact the servicer using the contact information below. The servicer is authorized to handle routine inquiries and requests regarding your loan and, if necessary, to inform us of your request and communicate to you any decision with respect to such request.

**LOAN INFORMATION**
Date of Loan: April 01, 2008
Account Number: 9803673087
Original Amount of Loan: $258,838.00
Date Your Loan was Sold to the New Owner:  August 15, 2014
Address of Mortgaged Property: 6302    TRIMPE LN, JACKSONVILLE FL 32222

**SERVICER INFORMATION**
Name:  Caliber Home Loans, Inc.
Payment Mailing Address:  P.O. Box 650856, Dallas, TX 75265
Correspondence Address: 13801 Wireless Way, Oklahoma City, OK 73134
Telephone Number (Toll free): 1-800-401-6587
Business Hours: 8:00 a.m. - 7:00 p.m., Central Time, Monday through Friday
Website:  www.caliberhomeloans.com

**NEW OWNER INFORMATION**
Name:  LSF9 Mortgage Holdings, LLC
Mailing Address **(not for payments)**:  c/o Caliber Home Loans, Inc., as Servicer, 13801 Wireless Way, Oklahoma City, OK 73134
Telephone Number (Toll free): 1-888-248-5075

The transfer of the lien associated with your loan is currently recorded, or in the future may be recorded, in the public records of the local County Recorder's office for the county where your property is located. If checked ☒, ownership of your loan may also be recorded on the registry of the Mortgage Electronic Registrations System at 1818 Library Street, Suite 300, Reston, VA 20190.

